REC'VD JAN 27 '26am 10:01 MDGA-MAC

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

BRENT MCNEAL
    Plaintiff
    V.
    Defendant
GREGORY SAMPSON

DECLARATION OF TRENT TACKETT
Civil Action No. _____

Trent Tackett hereby declares:

I have been incarcerated at Macon State Prison since 2023. Since January 2024 I have been housed in H1-dorm I was currently in Cell #119, which is directly accross from Cell #107. Brent Mcneal was currently in cell #107 and have been for several months. On August 29, 2025 during my longer confinement at Macon State Prison Warden Sampson did not provide us with an opportunity with outdoor exercise or recreation we never was encouraged to utilize the in-cell recreation handout. Unit Manager Ms. Hamilton attemped to run yard call 2 times in the month of September.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Macon, GA on Nov 28, 2025
Trent Tackett #1000992284